STATE EX REL. KRIESER, Plaintiff, vs. BAIRD, Municipal Judge, Defendant.

*October 7—November 4, 1941.*

*Leo D. Swidler* of Milwaukee, for the plaintiff.
*Henry J. Lockney* and *D. B. Malone,* both of Waukesha, for the defendant.

WICKHEM, J.   This case was argued and submitted with the case of *State ex rel. Beck v. Baird, ante,* p. 624, 300 N. W. 752, and is ruled by the decision therein.

*By the Court.*—Let a writ of prohibition issue as prayed for in the petition.